**FEDERAL TRADE COMMISSION,
Plaintiff–Counter–Defendant–
Appellee,**

v.

**NATIONAL UROLOGICAL GROUP, INC., d.b.a. Warner Laboratories, Defendant–Counter–Claimant–Appellant,**

**National Institute for Clinical Weight Loss, Inc., Defendant–Counter–Claimant,**

**Hi–Tech Pharmaceuticals, Inc., corporations, Jared Wheat, Thomasz Holda, individually and as officers of the corporations, Stephen Smith, individually and as officer of National Urological Group, Inc., and National Institute for Clinical Weight Loss, Inc., Terrill Mark Wright, M.D., individually., Defendants–Appellants.**

No. 09–10617.

United States Court of Appeals,
Eleventh Circuit.

Dec. 15, 2009.

Leslie R. Melman, John F. Daly, Rm. H–582, Washington, DC, for Plaintiff–Counter–Defendant–Appellee.

---

1. The Defendant is the cruise line on whose    ship the Plaintiff was injured.

Edmund J. Novotny, Jr., Baker, Donelson, Bearman Caldwell & Berkowitz. P.C., Atlanta, GA, Joseph Paul Schilleci, Jr., Natter & Fulmer, P.C., Birmingham, AL, for Defendants–Appellants.

Before DUBINA, Chief Judge, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

After having thoroughly reviewed the record, the briefs and having heard oral argument in this case, we are of the opinion that the well-reasoned decision and the judgement of the district court should be and is **AFFIRMED.**